**FILED**
April 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:11-cr-00166 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| HUANCHANG MA, ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Huanchang Ma ; Case 2:11-cr-00166 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 \_    Release on Personal Recognizance

 \_    Bail Posted in the Sum of _____

 X    Unsecured Appearance Bond in the amount of $75,000, co-signed by defendant's parents, brother and sister, to be replaced by a secured bond secured by defendant's family's home.

 \_    Appearance Bond with 10% Deposit

 \_    Appearance Bond secured by Real Property

 \_    Corporate Surety Bail Bond

 X    (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on   4/25/2011   at  11:25 a.m. .

By _____
Kendall J. Newman
United States Magistrate Judge