

FILED

MAY 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4  jmanning@foothill.net

5  Attorney for Defendant
   HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   CR NO. S-11-166 MCE DAD
                            )
         Plaintiff,         )   STIPULATION AND [~~PROPOSED~~]
                            )   ORDER TO EXTEND TIME TO
    v.                      )   POST PROPERTY BOND
                            )
HUANCHANG MA                )
                            )   Judge: Hon. Dale A. Drozd
         Defendant.         )
_____)
                            )

On April 20, 2011, the Honorable Kendall J. Newman set Mr. Ma's bond amount at $75,000, to be secured by his (Mr. Ma's) family's home in San Francisco, CA.  Judge Newman allowed Mr. Ma released from custody, pending the filing of the secured bond, after Mr. Ma's family executed a signature bond in the amount of $75,000. Subsequently, the signature bond was filed with the Court on (or about) April 25, 2011 and the defendant was released from custody on April 26, 2011. The property bond was ordered to be posted within two weeks.  It is not clear if the two week period began from the date of the order (April 20, 2011) or from the date the signature bond was filed (April 25, 2011). Regardless, it is clear the "two week" period has lapsed.

1

1 | Mr. Ma and his family live in San Francisco and speak only
2 | Cantonese. We (the defense) are working with the Interpreter to
3 | help facilitate gathering all the necessary documents from the Ma
4 | family. Some of the required paperwork has been received,
5 | however not all the paperwork has arrived and additional time is
6 | required to gather the remaining paperwork and assimilate the
7 | necessary bond information.

8 | Accordingly the parties agree that the deadline for posting
9 | the property bond may be extended to May 25, 2011. This office
10 | has contacted Todd Leras of the U.S. Attorney's Office, and the
11 | Pretrial Service Officer Darryl Walker, and they have no
12 | objection to this request.

14 | Dated: May 10, 2011                    Respectfully submitted,

16 |                                         John R. Manning
                                           Attorney at Law
17 | Benjamin Wagner
     United States Attorney

19 | /s/ Todd Leras                         /s/ John R. Manning
     TODD LERAS                             JOHN R. MANNING
     Assistant U.S. Attorney                Attorney at Law
20 | Attorney for the United States         Attorney for Defendant
                                           Huanchang Ma

2

```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanning@foothill.net

Attorney for Defendant
HUANCHANG MA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUANCHANG MA, ) <br> ) <br> Defendant. ) <br> _____ ) | CR NO. S-11-0166 MCE <br><br> ORDER EXTENDING TIME TO <br> POST PROPERTY BOND <br><br> Judge:  Hon. Dale A. Drozd |

For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to May 25, 2011.

IT IS SO ORDERED.

Dated: 5/10/11

Hon. Dale A. Drozd
US Magistrate Judge

3