John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
jmanning@foothill.net

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HUANCHANG MA<br>Defendant. | CR NO. S-11-166 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME TO POST PROPERTY BOND<br><br>Judge: Hon. Kendall J. Newman |

On April 20, 2011, the Honorable Kendall J. Newman set Mr. Ma's bond amount at $75,000, to be secured by his (Mr. Ma's) family's home in San Francisco, CA. Judge Newman allowed Mr. Ma released from custody, pending the filing of the secured bond, after Mr. Ma's family executed a signature bond in the amount of $75,000. Subsequently, the signature bond was filed with the Court on (or about) April 25, 2011 and the defendant was released from custody on April 26, 2011. The property bond was ordered to be posted within two weeks. On May 10, 2011 , Hon. Dale A. Drozd signed a Stipulation continuing the Bond due date May 25, 2011.

Mr. Ma and his family live in San Francisco and speak only Cantonese. We (the defense) are working with the Interpreter to

help facilitate gathering all the necessary documents from the Ma family. Some of the required paperwork has been received, however not all the paperwork has arrived and additional time is required to gather the remaining paperwork and assimilate the necessary bond information.

Unfortunately, (and unknown to the Defense at the time the first request for a continuance of the bond "due date" was filed and signed) the Cantonese Interpreter was scheduled to leave the Country for two weeks. The Defense only learned of this circumstance after several phone calls and emails to the Interpreter went, understandably, unanswered as he was in Hong Kong. It is the Defense's understanding the Interpreter will be back (at least back in the County) today, June, 7, 2011.

Accordingly the parties agree that the deadline for posting the property bond may be extended to June 27, 2011. This office has contacted Todd Leras of the U.S. Attorney's Office, and the Pretrial Service Officer Darryl Walker, and they have no objection to this request.

Dated: June 7, 2011

Respectfully submitted,

John R. Manning
Attorney at Law

Benjamin Wagner
United States Attorney

/s/ Todd Leras
TODD LERAS
Assistant U.S. Attorney
Attorney for the United States

/s/ John R. Manning
JOHN R. MANNING
Attorney at Law
Attorney for Defendant
Huanchang Ma

John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
jmanning@foothill.net

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HUANCHANG MA, Defendant. | CR NO. S-11-0166 MCE<br><br>ORDER EXTENDING TIME TO POST PROPERTY BOND<br><br>Judge: Hon. Kendall J. Newman |

For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to June 27, 2011.

IT IS SO ORDERED.

Dated: June 8, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE