```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  YENG CONG HONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-00166-MCE |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** STIPULATION AND |
| v. ) | ORDER TO CONTINUE STATUS |
| ) | CONFERENCE |
| YENG CONG HONG, et al. ) | |
| ) | |
| Defendants. ) | Date:  August 11, 2011 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England |
| ) | |

IT IS HEREBY STIPULATED between the parties, TODD LERAS, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant YENG CONG HONG; RONALD PETERS, attorney for defendant BEN GIA WONG; MICHAEL CHASTAINE, attorney for defendant WENDY WENLI WONG; JOHN MANNING, attorney for defendant HUANCHANG MA; KYLE KNAPP, attorney for defendant SON TRUNG HOANG; that the status conference of June 23, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on August 11, 2011, at 9:00 a.m.

The reason for the continuance to allow defense counsel additional time to review the voluminous discovery and to investigate the facts of the case.

1 The parties agree a continuance is necessary for these purposes, and
2 agree to exclude time under the Speedy Trial Act accordingly.
3    IT IS STIPULATED that the period from the date of the parties'
4 stipulation, June 21, 2011 and up to and including the August 11, 2011,
5 Status Conference, shall be excluded in computing the time within which
6 trial of this matter must be commenced under the Speedy Trial Act,
7 pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4
8 (ongoing preparation of defense counsel).

Dated: June 21, 2011            Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                */s/ Doug Beevers*
                                DOUG BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                YENG CONG HONG

Dated: June 21, 2011            */s/ Ronald Peters*
                                RONALD PETERS
                                Attorney for Defendant
                                BEN GIA WONG

Dated: June 21, 2011            */s/ Michael Chastaine*
                                MICHAEL CHASTAINE
                                Attorney for Defendant
                                WENDY WENLI WONG

Dated: June 21, 2011            */s/ John Manning*
                                JOHN MANNING
                                Attorney for Defendant
                                HUANCHANG MA

Dated: June 21, 2011            */s/ Kyle Knapp*
                                KYLE KNAPP
                                Attorney for Defendant
                                SON TRUNG HOANG

Dated: June 21, 2011            BENJAMIN B. WAGNER
                                United States Attorney

                            By: */s/ Todd Leras*
                                TODD LERAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 23, 2011, be continued to August 11, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, June 16, 2011, up to and including, the August 11, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

Dated: June 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE