```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4  jmanning@foothill.net

 5  Attorney for Defendant
    HUANCHANG MA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-11-0166 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXTENDING TIME TO |
| v. | ) | POST PROPERTY BOND |
| | ) | |
| HUANCHANG MA, | ) | |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to July 19, 2011.

IT IS SO ORDERED.

Dated: 7/7/11

_____
Hon. Dale A. Drozd
US Magistrate Judge

3