JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>HUANCHANG MA,<br><br>      Defendant. | ) No. CR-S-11-166 MCE<br>)<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE<br>)<br>)<br>)<br>) Date:  June 14, 2012<br>) Time:  9:00 a.m.<br>) Judge: Hon. Morrison C. England, Jr.<br>)<br>)<br>)<br>) |

      IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Huanchang Ma, John R. Manning Esq., that the trial confirmation hearing presently set for June 7, 2012 be **continued to June 14, 2012 for a status conference, at 9:00 a.m.**, thus **vacating** the presently set status conference hearing as to this defendant only.  (The co-defendants in this matter are presently set for a status conference on the date sought via this stipulation.)

      The Government initially provided a plea agreement to counsel for Mr. Ma some time ago.  Further negotiation(s) between the Parties coupled with recently received information from USPO regarding defendant's criminal history and information recently received from immigration counsel working in this matter on behalf of the Defense, has led to changes in the

1

proposed plea agreement.  The Government has indicated it is in the process of collecting and distributing additional discovery in this matter.  Counsel for the Government and Mr. Ma believe this information to be relevant and therefore would like time to review the material once it is available.

      Mr. Ma lives out of the area and speaks only Cantonese.  Communication between Mr. Ma and defense counsel requires the use of an interpreter.  Counsel for Mr. Ma needs additional time to meet with the defendant (with the interpreter) in order to review the recently received information from USPO and the immigration specialist discovery; review the soon to be available discovery; review the revised USSG calculations; and, review the revised plea agreement.  Counsel for the defendant believes this continuance is necessary in order to effectively communicate the terms of the proposed settlement; its consequences; and, to answer questions by the defendants on how to proceed.

      Further, the United States of America and the defendant as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, June 7, 2012, to and including June 14, 2012.

IT IS SO STIPULATED

Dated:  June 4, 2012                                         /s/ John R. Manning
                                                                                JOHN R. MANNING
                                                                                Attorney for Defendant
                                                                                Huanchang Ma

Dated:  June 4, 2012                                         Benjamin B. Wagner
                                                                                United States Attorney


                                                                               by: /s/ Todd Leras
                                                                                TODD D. LERAS
                                                                                Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the June 7, 2012 status conference as to defendant Huanchang Ma only, be continued to June 14, 2012 at 9:00 a.m. for a status conference. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to June 14, 2012.

IT IS SO ORDERED.

Dated: June 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE