JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HUANCHANG MA,<br><br>  Defendant. | No. CR-S-11-166 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS<br><br>Date:  May 2, 2013<br>Time:  9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

    The United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Huanchang Ma, John R. Manning, Esq., hereby stipulate the following:

  1.  By previous order, this matter was set for status conference on March 7, 2013.

  2.  By this stipulation, defendant now moves to continue status conference until May 2, 2013 and to exclude time between March 7, 2013 and May 2, 2013 under the Local Code T-4 (to allow defense counsel time to prepare).

  3.  The parties agree and stipulate, and request the Court find the following:

      a.  This case is one in a series of cases developed from a lengthy DEA/Elk Grove PD/Sac. SO investigation into "grow houses" in the Elk Grove area.  Several

individuals have been charged. Many, if not all the defendants a part of this investigation are non English speakers and require the services of an interpreter to communicated with. The widespread need for Cantonese/Mandarin interpreters in this case, the companion cases(s), and in general, has made scheduling meetings very difficult. However, as this case is winding up, scheduling has become less difficult. To that end, the Defense has provided the Government with additional discovery and the Government needs to time to review the material and evaluate their next step.

b. The Government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of March 7, 2013 to May 2, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 4, 2013 | /s/ John R. Manning |
| | JOHN R. MANNING |
| | Attorney for Defendant |
| | Huanchang Ma |
| | |
| Dated: March 5, 2013 | Benjamin B. Wagner |
| | United States Attorney |
| | |
| | by:/s/ Todd D. Leras |
| | TODD D. LERAS |
| | Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE