JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00166 MCE |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS AND ORDER |
| | ) |
| HUANCHANG MA, | ) Date:   August 29, 2013 |
| | ) Time:   9:00 a.m. |
| Defendant. | ) Judge:  Honorable Morrison C. England, Jr. |
| | ) |
| | ) |
| | ) |

The United States of America through its undersigned counsel, Todd D. Leras, Assistant

United States Attorney, together with counsel for defendant Huanchang Ma, John R. Manning,

Esq., hereby stipulate the following:

   1.   By previous order, this matter was set for status conference on August 22, 2013.

   2.   By this stipulation, defendant now moves to continue status conference until August 29,

2013 and to exclude time between August 22, 2013 and August 29, 2013 under the Local Code

T-4 (to allow defense counsel time to prepare).

   3.    The parties agree and stipulate, and request the Court find the following:

      a.   This case is one in a series of cases developed from a lengthy DEA/Elk Grove

          PD/Sac. SO investigation into "grow houses" in the Elk Grove area.  Several

individuals have been charged.  Many, if not all the defendants a part of this

investigation are non English speakers and require the services of an interpreter to

communicated with.  The widespread need for Cantonese/Mandarin interpreters in

this case, the companion cases(s), and in general, has made scheduling meetings very

difficult.  However, as this case is winding up, scheduling has become less difficult.

To that end, the Defense has provided the Government with additional discovery and

the Government needs to time to review the material and evaluate their next step.

b.  The Defense has proffered a proposed resolution to the Government and the

Government needs additional time to review the settlement proposal.

c.  The Government does not object to the continuance.

d.  Based on the above-stated findings, the ends of justice served by granting the

requested continuance outweigh the best interests of the public and the defendant in a

speedy trial within the original date prescribed by the Speedy Trial Act.

e.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code

Section 3161(h)(7)(A) within which trial must commence, the time period of August

22, 2013 to August 29, 2013, inclusive, is deemed excludable pursuant to 18 United

States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4

because it results from a continuance granted by the Court at defendant's request on

the basis of the Court's finding that the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within

which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 21, 2013                          /s/ John R. Manning
                                                 JOHN R. MANNING
                                                 Attorney for Defendant
                                                 Huanchang Ma


Dated:  August 21, 2013                          Benjamin B. Wagner
                                                 United States Attorney

                                                 by:/s/  Todd D Leras
                                                 TODD D. LERAS
                                                 Assistant U.S. Attorney


                            **ORDER**

      IT IS SO FOUND AND ORDERED.  The status conference currently set for August 22,
2013, is vacated and **continued to August 29, 2013, at 9 a.m.** in Courtroom 7.  The time period
between August 22, 2013 and August 29, 2013 is excluded under the Local Code T-4 for the
reasons stated in the parties' stipulation.  The Court finds that the ends of justice served by
granting the requested continuance outweigh the best interests of the public and the defendant in
a speedy trial within the original date prescribed by the Speedy Trial Act.

      IT IS SO ORDERED.

Dated:  August 21, 2013


                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT