JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00166 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) AMENDED STIPULATION REGARDING<br>) EXCLUDABLE TIME PERIODS<br>) UNDER SPEEDY TRIAL ACT;<br>) FINDINGS and ORDER |
| HUANCHANG MA, | ) Date:  September 12, 2013<br>) Time:  9:00 a.m.<br>) Judge: Honorable Morrison C. England, Jr. |
| Defendant. | ) |

The United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Huanchang Ma, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on August 29, 2013.

2. By this stipulation, defendant now moves to continue status conference until September 12, 2013 and to exclude time between August 29, 2013 and September 12, 2013 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case is one in a series of cases developed from a lengthy DEA/Elk Grove PD/Sac. SO investigation into "grow houses" in the Elk Grove area.  Several

1

    individuals have been charged. Many, if not all the defendants a part of this investigation are non English speakers and require the services of an interpreter to communicated with. The widespread need for Cantonese/Mandarin interpreters in this case, the companion cases(s), and in general, has made scheduling meetings very difficult. However, as this case is winding up, scheduling has become less difficult. To that end, the Defense has provided the Government with additional discovery and the Government needs to time to review the material and evaluate their next step.

b. The Defense has proffered a proposed resolution to the Government and the Government needs additional time to review the settlement proposal. Additional meetings between counsel for Mr. Ma and the Government are necessary to discuss the proposed resolution.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 29, 2013 to September 12, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 27, 2013                             /s/ John R. Manning
                                                                        JOHN R. MANNING
                                                                        Attorney for Defendant
                                                                        Huanchang Ma

Dated:  August 27, 2013                             Benjamin B. Wagner
                                                                        United States Attorney

                                                                        by:/s/  Todd D Leras
                                                                        TODD D. LERAS
                                                                        Assistant U.S. Attorney

### ORDER

IT IS SO FOUND AND ORDERED.  The status conference currently set for August 29, 2013, is hereby vacated and **continued to September 12, 2013, at 9 a.m.** in Courtroom 7.  The time period between August 29, 2013 and September 12, 2013 is excluded under the Local Code T-4 for the reasons set forth above.  The Court finds that ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  August 27, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT