JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00166 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS |
| HUANCHANG MA, | ) |
| | ) Date:  June 26, 2014 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Huanchang Ma, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on May 15, 2014.

2. By this stipulation, defendant now moves to continue status conference until June 26, 2014 and to exclude time between May 15, 2014 and June 26, 2014 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case is one in a series of cases developed from a lengthy DEA/Elk Grove PD/Sac. SO investigation into "grow houses" in the Elk Grove area. Several individuals have been charged. Many, if not all the defendants a part of this

1

investigation are non English speakers and require the services of an interpreter to communicated with.  The widespread need for Cantonese/Mandarin interpreters in this case, the companion cases(s), and in general, has made scheduling meetings very difficult.  However, as this case is winding up, scheduling has become less difficult.

b.  The government has proffered a proposed resolution to the defense and the defense needs additional time to review the settlement proposal.  Moreover, the parties are continuing to negotiate certain specific terms of the proposed resolution.  Additional meetings between counsel for Mr. Ma and the government are necessary to discuss the proposed resolution.

c.  Mr. Ma lives in San Francisco area and speaks only Mandarin.  It was anticipated Mr. Ma would enter a change of plea on May 15, 2014.  However, an unanticipated dispute between the parties as to a critical component of the plea agreement makes proceeding on May 15, 2014, impossible.  The parties believe the dispute, while surprising, is not insurmountable and it is anticipated Mr. Ma will change his plea at the next (requested) appearance (June 26, 2014).

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 15, 2014, to June 26, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 12, 2014                              /s/ John R. Manning
                                                                                         JOHN R. MANNING
                                                                                          Attorney for Defendant
                                                                                          Huanchang Ma

Dated: May 12, 2014                               Benjamin B. Wagner
                                                                                          United States Attorney

                                                                                          by:/s/ Christiaan Highsmith
                                                                                          CHRISTIAAN HIGHSMITH
                                                                                          Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED.

Dated:  May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT