JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HUANCHANG MA,<br><br>　　　　Defendant. | No. CR-S-11-166 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS<br><br>Date:　July 10, 2014<br>Time:　9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Huanchang Ma, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 26, 2014.

2. By this stipulation, defendant now moves to continue status conference until July 10, 2014 and to exclude time between June 26, 2014 and July 10, 2014 under the Local Code T-4 (to allow defense counsel time to prepare).

3.　The parties agree and stipulate, and request the Court find the following:

　　a.　This case is one in a series of cases developed from a lengthy DEA/Elk Grove PD/Sac. SO investigation into "grow houses" in the Elk Grove area.  Several

1

individuals have been charged.  Many, if not all the defendants a part of this investigation are non English speakers and require the services of an interpreter to communicated with.  The widespread need for Cantonese/Mandarin interpreters in this case, the companion cases(s), and in general, has made scheduling meetings very difficult.  However, as this case is winding up, scheduling has become less difficult.

b. The government has proffered a proposed resolution to the defense and the defense needs additional time to review the settlement proposal.  The government and counsel for Mr. Ma have discussed the proposed plea agreement in this matter extensively.  As a result of these discussions/negotiations, the parties believe previous disputes as to the language and terms of the plea agreement dispute have largely been resolved.

c. Mr. Ma lives in San Francisco area and speaks only Mandarin.  Due to demands on the interpreter's schedule (as well as demands on my schedule), additional time is needed by the defense to review the plea agreement with Mr. Ma, in his language, and discuss the consequences of pleading guilty (including immigration concerns/issues) and sentencing issues.  It is anticipated Mr. Ma will enter a change of plea on July 10, 2014.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 26, 2014, to July 10, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because

it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 23, 2014 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Huanchang Ma

Dated:  June 23, 2014 Benjamin B. Wagner
United States Attorney

by:/s/ Christiaan Highsmith
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  June 25, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT