JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-166 MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| v. | ) ) | |
| HUANCHANG MA, | ) ) ) | Date: November 20, 2014 Time: 9:00 a.m. Judge: Honorable Morrison C. England, Jr. |
| Defendant. | ) ) ) ) | |

The parties hereby stipulate the following:

Judgment and sentencing in this matter is presently set for September 25, 2014. Counsel for the parties request the date for judgment and sentencing be continued to November 20, 2014 at 9:00 a.m.  Counsel for the defendant needs additional time to meet with the client, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary.  Assistant U.S. Attorney Christiaan Highsmith and USPO Lynda Moore have been advised of this request and have no objection.  The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                               **11/20/14**

Reply, or Statement of Non-Opposition:                                          11/13/14

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the

1

|  |  |
|---|---|
| Probation Officer and opposing counsel no later than: | 11/6/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 10/30/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 10/23/14 |
| The Presentence Report shall be filed And disclosed to counsel no later than: | 10/9/14 |

IT IS SO STIPULATED.

Dated:  September 18, 2014      /s/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Huanchang Ma

Dated: September 18, 2014       Benjamin B. Wagner
                                United States Attorney

                                by:/s/ Christiaan Highsmith
                                CHRISTIAAN HIGHSMITH
                                Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT