JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HUANCHANG MA,<br><br>        Defendant. | No. CR-S-11-166 MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:   April 23, 2015<br>Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

The parties hereby stipulate the following:

Judgment and sentencing in this matter is presently set for March 26, 2015.  Counsel for the parties request the date for judgment and sentencing be continued to April 23, 2015 at 9:00 a.m.  Counsel for the defendant needs additional time to meet with the client, review the PSR; discuss the findings and recommendations therein; and, research and draft formal objections.  Assistant U.S. Attorney Christiaan Highsmith and USPO Lynda Moore have been advised of this request and have no objection.  The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **4/23/15** |
| Reply, or Statement of Non-Opposition: | 4/16/15 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 4/9/15 |

1

| | | |
|---|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | n/a |
| The Presentence Report shall be filed And disclosed to counsel no later than: | | n/a |

IT IS SO STIPULATED.

Dated:  March 16, 2015                                             /s/ John R. Manning
                                                                                JOHN R. MANNING
                                                                                Attorney for Defendant
                                                                                Huanchang Ma

Dated:  March 16, 2015                                             Benjamin B. Wagner
                                                                                United States Attorney

                                                                                by:  /s/ Chistiaan Highsmith
                                                                                CHRISTIAAN HIGHSMITH
                                                                                Assistant U.S. Attorney

**ORDER**

        IT IS SO ORDERED.

Dated: March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT