JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUANCHANG MA,<br><br>    Defendant. | No. CR-S-11-166 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING JUDGMENT<br>AND SENTENCING<br><br>Date:  May 7, 2015<br>Time:  9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

The parties hereby stipulate the following:

Judgment and sentencing in this matter is presently set for April 23, 2015. Counsel for the parties request the date for judgment and sentencing be continued to May 7, 2015 at 9:00 a.m. Counsel for the defendant needs additional time to meet with the client, who speaks only Cantonese, review the PSR; discuss the findings and recommendations therein; and, research and draft the sentencing memorandum. Assistant U.S. Attorney Christiaan Highsmith and USPO Lynda Moore have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                5/7/15

Reply, or Statement of Non-Opposition:                        4/30/15

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the

|   |   |
|---|---|
| Probation Officer and opposing counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated:  April 16, 2015           /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Huanchang Ma

Dated:  April 16, 2015           Benjamin B. Wagner
                                 United States Attorney

                                 by:  /s/ Christiaan Highsmith
                                 CHRISTIAAN HIGHSMITH
                                 Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated:  April 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT