John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:11 CR 166 MCE |
| Plaintiff, | ) DEFENDANT'S MOTION TO MODIFY |
| vs. | ) TURN IN DATE AND PROPOSED ORDER |
| HUANCHANG MA | ) |
| Defendant. | ) |

    Counsel for defendant Huanchang Ma, John R. Manning, Esq., hereby respectfully asks the court to modify and extend Mr. Ma's self-surrender date from July 2, 2015 to August 13, 2015.

    Mr. Ma was sentenced to 16 months custody in the Bureau of Prisons on May 7, 2015.  Mr. Ma was given a self-surrender, "turn in" date of July 2, 2015.  For a variety of reasons, the judgment and commitment was not filed in this matter until June 19, 2015.

    On June 24, 2015, counsel for Mr. Ma contacted the United States Marshals Service to inquire if, because of the recent

filing of the judgment and commitment in this matter, there was sufficient time between June 24, 2015 and July 2, 2015 to allow Mr. Ma to receive his designation to a particular facility so as to allow him to self-surrender.  Counsel for Mr. Ma was informed it would be unlikely Mr. Ma would be designated to a facility by July 2, 2015.  Therefore, it is respectfully requested this court modify Mr. Ma's turn in date from July 2, 2015, to August 13, 2015.

     Counsel for the government, Christiaan Highsmith, has been notified of this request and has no objection.

Dated: June 24, 2015               /s/ John R. Manning
                                      John R. Manning
                                      Attorney for
                                      Huanchang Ma

**ORDER**

     IT IS ORDERED.

Dated:  June 25, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2