JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUANCHANG MA,<br><br>    Defendant. | No. 2:11-CR-166-MCE<br><br>APPLICATION AND ORDER<br>EXONERATING BOND |

On May 7, 2015, defendant Huanchang Ma was sentenced and his case was closed. Defendant previously posted a $75,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home's title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: October 19, 2015           /s/ John R. Manning
                                   Attorney for Defendant
                                   Huanchang Ma

IT IS SO ORDERED.

DATED: October 19, 2015.
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

1